tion denied, with $10 costs. See, also, 126 N. Y. Supp. 513.

MOWBRAY v. DE FOREST. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Action by William E. Mowbray against Harriet De Forest. No opinion. Motion denied, with $10 costs. Order filed. See, also, 130 App. Div. 904, 115 N. Y. Supp. 1133; 133 App. Div. 892, 118 N. Y. Supp. 1126.

MULLERLEILE, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Margaretha Mullerleile against the City of New York. L. Leale, for appellant. G. Roberts, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 134 App. Div. 963, 119 N. Y. Supp. 1136.
INGRAHAM, P. J. and McLAUGHLIN, J., dissent, on the ground that there is no evidence of negligence on the part of the defendant.

MULVEY, Respondent, v. LONG ISLAND R. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Patrick C. Mulvey, an infant, etc., against the Long Island Railroad Company and another. No opinion. Judgment and order unanimously affirmed on reargument, with costs.

MURPHY, Appellant, v. HOGAN et al., Respondents. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Joseph Murphy against Charles W. Hogan and another. S. B. Stiles, for appellant. J. B. Henney, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

MURPHY et al. v. NO. 1 WALL STREET CORP. et al. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Francis J. Murphy and others against the No. 1 Wall Street Corporation and others. No opinion. Motion denied, without costs. See, also, 127 N. Y. Supp. 735.

MUSSEY v. CASANOVA. (Supreme Court, Appellate Division, First Department. February 10, 1911.) Action by Ellen S. Mussey against Pedro C. Casanova. No opinion. Motion denied, without costs. Order filed.

MUSSEY, Respondent, v. CASANOVA, Appellant. (Supreme Court, Appellate Division, First Department. February 10, 1911.) Action by Ellen S. Mussey against Pedro C. Casanova. G. Ireland, for appellant. E. G. Benedict, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NAGER, Respondent, v. SCHENKMAN, Appellant. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Simon Nager, Jr., against Max Schenkman. No opinion. Judgment of the Municipal Court affirmed, with costs.

NATHAN, Appellant, v. WOOLVERTON, Respondent. (Supreme Court, Appellate Division, Second Department. March 3, 1911.) Action by Siegmund Nathan against William H. Woolverton, as president of the New York Transfer Company. No opinion. Order (127 N. Y. Supp. 442) affirmed, with $10 costs and disbursements.

NATIONAL CASH REGISTER CO., Respondent, v. KRIMKO et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 10, 1911.) Action by the National Cash Register Company against William H. Krimko and another. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

NEALE, Respondent, v. HUDSON COS. et al., Appellants. (Supreme Court, Appellate Division, First Department. February 10, 1911.) Action by Francis C. Neale against the Hudson Companies and another. G. Sumner, for appellants. E. W. Tyler, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NEUBERGER, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by George Neuberger, an infant, by Bertha Neuberger, his guardian ad litem, against the Long Island Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs, on the authority of Neuberger v. Long Island R. R. Co.. 131 App. Div. 885, 116 N. Y. Supp. 311. See, also, infra.

NEUBERGER, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Action by George Neuberger, an infant, by Bertha Neuberger, his guardian ad litem, against the Long Island Railroad Company. No opinion. Motion denied, without costs. See, also, supra.

NEWMAN v. BENEDICT. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Julia S. Newman against Julian Benedict. No opinion. Motion denied, with $10 costs. Order filed. See, also, 69 Misc. Rep. 630, 125 N. Y. Supp. 1039.

NEWTON et al., Appellants, v. FLANAGAN, Respondent. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Devaulson D. Newton and others against Anna I. Flanagan, as administratrix of the estate of Peter Flanagan, deceased. No opinion. Judgment unanimously affirmed, with costs.